■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS, on Behalf of SOLOMON CHODOROV, v. WARDEN OF THE NEW YORK DETENTION CENTER FOR MEN.— Motion for leave to appeal as a poor person denied, without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. STERLING OPTICAL CO., INC.— Motion by New York State Optical Employers Association, Inc., for leave to file a brief *amicus curiæ* granted only insofar as to permit movant to file a brief as *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD DE ANDRADE v. HENRY J. NOBLE, as Warden of the Penitentiary of the City of New York.— Motion for leave to appeal from order entered on March 2, 1961 denied as academic. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. ERIC VON STJERNBORG.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court, and on the further condition that the appeal be perfected and noticed for argument for a term on or before the November 1961 Term of this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. WILLIAM WOOD.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. ANTHONY MARUGGI. THE PEOPLE OF THE STATE OF NEW YORK V. ALBERT MARUGGI. THE PEOPLE OF THE STATE OF NEW YORK V. ALBERT MARUGGI and ANTHONY MARUGGI.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Motion to dispense with printing and for other relief granted only insofar as to permit the appeals to be heard upon the original record, without printing the same, except that certified copies of the informations shall be substituted in place of the original informations, but upon printed appellants' points; the original record and appellants' printed points to be filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.